USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
In re Foreign Economic Industrial Bank Limited, :
"Vneshprombank" Ltd. :
:
:
Debtor.   X
-----------------------------------------------------------------:
:
:
:
Ilya Bykov, Innovative Construction Group, Inc., :   1:19-cv-10841-GHW
LM Property Management LLC, LM Realty 10C, :
LLC, LM Realty 18 West, LLC, LM Realty 20A, :   ORDER
LLC, LM Realty 23H, LLC, LM Realty 24C, LLC, :
LM Realty 27D, LLC, LM Realty 31B, LLC, The :
Larisa Markus Revocable Trust, Protax Services :
Consulting, Inc., Protax Services Inc., The Lamar :
Foundation, First Integrated Construction, Inc. :
:
Appellants, :
:
v. :
:
State Corporation "Deposit Insurance Agency" :
as the Trustee and Foreign Representative of the :
Foreign Economic Industrial Bank Limited, :
"Vneshprombank" Ltd., :
:
Appellee. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     This appeal has been assigned to me for all purposes. Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellants' brief must be served and filed by no later than 30 days after the docketing of notice that the record has been transmitted or is available electronically, Appellee's brief must be served and filed within 30 days after service of Appellants' brief, and Appellants may serve and file a reply brief within 14 days after service of Appellee's brief.

     SO ORDERED.

Dated: December 7, 2019                               _____
New York, New York                                    GREGORY H. WOODS
                                                         United States District Judge